IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Sonya Isom, ) | C/A No.: 0:10-1837-JFA |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER ON DEFENDANT'S** |
| The Travelers Home and Marine ) | **MOTION TO COMPEL** |
| Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter comes before the court upon the motion filed by Defendant to compel Plaintiff to respond or object to its interrogatories and requests to produce. Plaintiff never responded or objected to Defendant's written discovery by the November 8, 2010 due date, and in accordance with Rule 37 of the Federal Rules of Civil Procedure, Defendant unsuccessfully conferred with Plaintiff in an effort to resolve this matter. Along with failing to respond to Plaintiff's discovery requests, Plaintiff has also elected not to oppose Defendant's motion to compel. Therefore, the court grants Defendant's motion to compel, and orders Plaintiff to respond or object to Defendant's interrogatories and requests to produce by January 5, 2011.

IT IS SO ORDERED.

*[Signature]*

December 22, 2010  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge